

**Pangia Law Group**

trial lawyers

Douglas P. Desjardins*

1717 N Street, NW, Suite 300
Washington, DC 20036

202.256.0455 (direct)
202.638.5300 (main)
202.393.1725 (fax)
dpd@pangialaw.com
pangialaw.com

April 11, 2019

Department of the Army
Office of the Staff Judge Advocate, Claims
Bldg. 174, Rooms 401-402, First Street East
Fort Drum, NY 13602

**RE: Jeffrey Smith and Kelly Smith as next friend to Ciara Smith and Anthony Smith**

Dear Sir/Madam:

Enclosed please find an executed SF95 for this matter. Please file the original and return a time stamped copy to me in the enclosed self-addressed stamped envelope. If you need any additional information from me, I would be happy to provide anything that we have.

I look forward to working with you towards a resolution of this tragic case.

Very Truly Yours,

DOUGLAS P. DESJARDINS

DPD:hth
Enclosures

Licensed in the District of Columbia, Maryland, Pennsylvania and Ohio*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of the Army<br>Office of the Staff Judge Advocate, Claims<br>Bldg. 174, Rooms 401-402, First Street East<br>Fort Drum, NY 13602 | Jeffrey Smith and Kelly Smith as next friend to Ciara Smith and Anthony Smith<br>c/o Douglas Desjardins, The Pangia Law Group, 1717 N St., NW, Washington, DC 20036 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | [redacted] | Divorced | 03/12/2019   apprx 8:00 | PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Jeffrey Smith was riding on a marked, mapped and established snowmobile trail in Worthington, MA when he crested a small hill and collided with an unmarked helicopter. The helicopter was operated by personnel from the 10th Combat Aviation Brigade, 10th Mnt. Division based at Ft. Drum, NY. The helicopter crew had arrived in Worthington, MA earlier in the day and were seen giving helicopter rides and otherwise interacting with people in the community. The crew knew, or should have known, the area they landed in was an active snowmobile trail--and/or should have warned users of the snowmobile trail.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The snowmobile was extensively damaged--as was the helicopter. The snowmobile remains in the custody of the Massachusetts Environmental Police. The helicopter has been repaired and returned to Ft. Drum.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Jeffrey Smith suffered severe injuries to the left side of his body--his most severe injury was essentially a de-gloving injury to his left chest. He also severely dislocated his right thumb and currently cannot use his right hand. He also suffers from a dropped foot and cannot walk. Estimated medical specials are $500,000. His children, Ciara and Anthony have suffered loss of consortium since they cannot engage in normal activities with their dad.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, and Zip Code) |
|---|---|
| Steve Magargal | 32 Williamsburg Rd., Worthington, MA 01098 |
| Gabriel Shippee | 21 Klinnebrook Rd., Worthington, MA 01098 |

12. (See instructions on reverse).  AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 12,000.00 | ~~0.00~~ 9,500,000.00 | | ~~12,000.00~~ 9,512,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] Atty for the Smiths | 202-758-2794 | 04/11/2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |
| 15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No       17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). |
| 19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**



```
                    1800 M ST NW FRNT 1
                         WASHINGTON
                             DC
                         20036-9998
                         1049650233
04/11/2019           (800)275-8777   4:33 PM
================================================
Product                    Sale       Final
Description                Qty        Price

First-Class                 1         $1.15
Mail
 Large Envelope
  (Domestic)
  (FORT DRUM, NY 13602)
  (Weight:0 Lb 1.80 Oz)
  (Estimated Delivery Date)
  (Monday 04/15/2019)
Certified                   1         $3.50
  (@@USPS Certified Mail #)
  (70180680000050386954)
Return                      1         $2.80
Receipt
  (@@USPS Return Receipt #)
  (9590940309165223612510)

Total                                 $7.45

Credit Card Remitd                    $7.45
  (Card Name:AMEX)
  (Account #:XXXXXXXXXXX1014)
  (Approval #:864352)
  (Transaction #:400)
  (AID:A000000025010801
Chip)
  (AL:AMERICAN EXPRESS)
  (PIN:Not Required)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

       HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

    840-5200-0453-003-00032-65573-02

         or scan this code with
            your mobile device:

            or call 1-800-410-7420.
```



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70180680000050386954

Remove ✕

Your item was delivered at 4:39 pm on April 18, 2019 in FORT DRUM, NY 13602.



## Delivered

April 18, 2019 at 4:39 pm
Delivered
FORT DRUM, NY 13602

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**April 18, 2019, 4:39 pm**
Delivered
FORT DRUM, NY 13602
Your item was delivered at 4:39 pm on April 18, 2019 in FORT DRUM, NY 13602.

---

**April 18, 2019**
In Transit to Next Facility

**April 18, 2019, 11:29 am**
Arrived at Unit
FORT DRUM, NY 13602

**April 17, 2019, 8:47 pm**
Departed USPS Regional Facility
SYRACUSE NY DISTRIBUTION CENTER

**April 17, 2019, 11:09 am**
Arrived at USPS Regional Destination Facility
SYRACUSE NY DISTRIBUTION CENTER

**April 16, 2019, 2:11 am**
Departed USPS Regional Origin Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 11, 2019, 11:24 pm**
Arrived at USPS Regional Origin Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 11, 2019, 5:12 pm**
Departed Post Office
WASHINGTON, DC 20036

**April 11, 2019, 4:29 pm**
USPS in possession of item
WASHINGTON, DC 20036

Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfir**

*NOTE: Black and white (grayscale) images show the outside, from of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.