UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO: 3:19-CV-30145

| | |
|---|---|
| JEFFREY SMITH, ET AL,<br>  Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br>  Defendants<br><br>CENTRAL NEW ENGLAND Ag<br>SERVICES, INC.<br>c/o its statutory agent<br>Donald Chase<br>39 Timber Ridge<br>West Springfield, MA  01089<br>  New Party Defendant | **NOTICE OF APPEARANCE FOR DEFENDANTS, CHASE ENTERPRISES CORP. DONALD CHASE AND CENTRAL NEW ENGLAND Ag SERVICES, INC** |

Please enter my appearance for the Defendants, Chase Enterprises Corp., Donald Chase and Central New England Ag Services, Inc.

THE DEFENDANTS, CHASE
ENTERPRISES CORP, DONALD
CHASE, and CENTRAL NEW
ENGLAND Ag SERVICES, INC.,


By__/s/ L. Jeffrey Meehan_____
  L. Jeffrey Meehan, Esquire
  Doherty, Wallace, Pillsbury
   and Murphy, P.C.
  1414 Main Street, Suite 1900
  Springfield, MA  01144-1900
  Telephone:(413) 733-3111
  Facsimile:  ( 413) 734-3910
  ljm@dwpm.com
  B.B.O. Number 341440

693368.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of January 2020.

                          /s/ *L. Jeffrey Meehan*
                          L. Jeffrey Meehan
                          Doherty, Wallace, Pillsbury & Murphy, P.C.

693368.1